1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNILOC USA, INC. and
UNILOC LUXEMBOURG, S.A.,

                  Plaintiffs,

    v.

HTC AMERICA, INC.,

                  Defendant.

No. 2:17-cv-1558-JLR

**STIPULATION AND [~~PROPOSED~~]
ORDER FOR EXTENSION OF TIME
FOR HTC AMERICA, INC. TO
RESPOND TO COMPLAINT**

NOTE ON CALENDAR:
January 10, 2018

## I. STIPULATION

Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A., and Defendant HTC
America, Inc. ("HTC"), by and through their undersigned counsel of record, hereby
stipulate and agree as follows.

    1.      HTC was served with the Summons and Complaint on December 20, 2017
and its Answer is currently due on January 10, 2018. Based on the recent retention of
defense counsel, holiday schedules, and the need for more time to assess claims and
defenses, HTC seeks an extension of 30 days to answer or otherwise respond to the
Complaint. Plaintiffs have agreed to HTC's extension request.

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

2.      The parties agree that the time for Defendant to respond to the Complaint

with such pleadings, motions, or objections as it deems appropriate should be extended to

February 9, 2018.

3.      HTC requests that the Court enter the subjoined Order.

IT IS SO STIPULATED this 10th day of January, 2018.

**VAN KAMPEN & CROWE PLLC**

By: *s/Al Van Kampen*
Al Van Kampen, WSBA No. 13670
David E. Crowe, WSBA No. 43529
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
AVanKampen@VKClaw.com
DCrowe@VKClaw.com

**PRINCE LOBEL TYE LLP**

By: *s/Aaron S. Jacobs*
Aaron S. Jacobs *(pro hac vice)*
James J. Foster *(pro hac vice)*
One International Place, Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000
Ajacobs@princelobel.com
Jfoster@princelobel.com


*Attorneys for Plaintiffs*

**YARMUTH WILSDON PLLC**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
mterwilliger@yarmuth.com

**VINSON & ELKINS, LLP**

By: *s/ Fred I. Williams*
Fred I. Williams *(pro hac vice)*
Mario A. Apreotesi *(pro hac vice)*
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542.8400
Fax: (512) 542.8612
fwilliams@velaw.com
mapreotesi@velaw.com


Todd Landis *(pro hac vice)*
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220.7700
Fax: (214) 220.7716
tlandis@velaw.com


*Attorneys for Defendant HTC America, Inc*

STIPULATION AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME FOR HTC AMERICA, INC. TO
RESPOND TO COMPLAINT
NO. 2:17-cv-1558-JLR – Page 2

 YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant HTC America, Inc. to answer or otherwise respond to Plaintiffs' Complaint shall be extended to February 9, 2018.

DATED this 11 day of January, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME FOR HTC AMERICA, INC. TO
RESPOND TO COMPLAINT
NO. 2:17-cv-1558-JLR – Page 3

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on this date, I electronically filed the foregoing document with

3   the Clerk of the Court using the CM/ECF system, which will send notification of such filing

4   to the following:

5   Al Van Kampen
    David E. Crowe
6   VAN KAMPEN & CROWE PLLC
7   1001 Fourth Avenue, Suite 4050
    Seattle, WA 98154
8   Telephone: (206) 386-7353
    Fax: (206) 405-2825
9   AVanKampen@VKClaw.com
10  DCrowe@VKClaw.com

11  Aaron S. Jacobs
    James J. Foster
12  PRINCE LOBEL TYE LLP
    One International Place, Suite 3700
13  Boston, MA 02110
    Telephone: (617) 456-8000
14  Ajacobs@princelobel.com
15  Jfoster@princelobel.com

16  *Attorneys for Plaintiffs*

17

18          DATED: January 10, 2018, at Seattle, Washington.

19

20                                          *s/Sue Stephens*
                                            Sue Stephens, Legal Assistant

21

.22

23

24

25

26

**III** YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888