UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>        Plaintiffs,<br>v.<br><br>HTC AMERICA, INC.,<br><br>        Defendant. | CASE NO. C17-1558JLR<br><br>MINUTE ORDER |
| UNILOC USA, INC., et al.,<br><br>        Plaintiffs,<br>v.<br><br>HTC AMERICA, INC.,<br><br>        Defendant. | CASE NO. C17-1561JLR |

MINUTE ORDER - 1

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>Defendant. | CASE NO. C17-1562JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The above-captioned cases are hereby consolidated. All future pleadings filed in this matter shall bear the case number C17-1558JLR.

Filed and entered this 1st day of March, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk