# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>                  Plaintiffs,<br>     v.<br><br>HTC AMERICA, INC.,<br><br>                  Defendant. | LEAD CASE NO. C17-1558JLR<br><br>MEMBER CASE NO. C17-1629JLR<br><br>ORDER |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 28) at 2), counsel for Defendant HTC America, Inc. requested a conference regarding a dispute over scheduling a deposition. The court ORDERS the parties to file separate statements of no more than two (2) pages further explaining the nature of the dispute, setting forth the applicable legal standard, and providing brief argument in support of their positions. The parties must file their statements no later than Wednesday, July 11, 2018, at 12:00 p.m. The court further ORDERS the parties to appear for a telephonic conference on

//

ORDER - 1

Thursday, July 12, 2018, at 10:00 a.m.  The Courtroom Deputy will provide the parties instructions for appearing at the telephonic conference.

Dated this 10th day of July, 2018.

*[signature]*

JAMES L. ROBART
United States District Judge