The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNILOC USA, INC. and
UNILOC LUXEMBOURG, S.A.,

    Plaintiffs,

v.

HTC AMERICA, INC.,

    Defendant.

Case No. 2:17-cv-1558-JLR (LEAD CASE)
Case No. 2:17-cv-1629-JLR

[~~PROPOSED~~] ORDER GRANTING DEFENDANT HTC AMERICA, INC.'S UNOPPOSED MOTION TO STAY PENDING *INTER PARTES* REVIEW

Before the Court is Defendant HTC America, Inc.'s Unopposed Motion to Stay Pending *Inter Partes* Review. Having considered the Motion, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. It is therefore **ORDERED** that this case is stayed pending resolution (either by final written decision or appeal thereof) of Patent Trial and Appeal Board matters involving U.S. Patent Nos. 7,653,508, 7,881,902, and 8,712,723. Defendant HTC America, Inc. must file a status report within 90 days of the date of this order and every 90 days until the court lifts the stay.

DATED this 23rd day of August, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

~~If~~ the case is resolved or there is any significant development at any time during one of the 2 90-day periods, HTC America must file a status report regarding that development within 5 days of its occurrence.

ORDER GRANTING HTC'S UNOPPOSED MOTION TO STAY (2:17-CV-1558-JLR (LEAD CASE); 2:17-CV-01629-JLR)

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

Presented by:

**VINSON & ELKINS LLP**

By: */s/ Fred I. Williams*
Fred I. Williams *(pro hac vice)*
fwilliams@velaw.com
Mario A. Apreotesi *(pro hac vice)*
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
512.542.8400 telephone
512.542.8610 facsimile

Todd E. Landis *(pro hac vice)*
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
214.220.7700 telephone
214.220.7716 facsimile

**YARMUTH WILSDON PLLC**

By: */s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
mterwilliger@yarmuth.com
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800 telephone
206.516.3888 facsimile

*Attorneys for Defendant HTC America, Inc.*

