# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNILOC U.S.A. INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HTC AMERICA, INC., et al., <br><br> Defendants. | CASE NO. C17-1558JLR <br><br> ORDER DIRECTING JOINT STATUS REPORT |

In its August 30, 2019 opinion, the Ninth Circuit Court of Appeals determined that "[a]fter Uniloc [USA, Inc.] filed its appeal, HTC [America, Inc.] became aware of material suggesting multiple jurisdictional defects" as a result of an ownership transfer. (*See* 9th Cir. Op. (Dkt. # 73) at 1.) Because this material was outside the record, the Ninth Circuit Court remanded "for the district court to supplement the record, determine whether Uniloc has standing in the first instance, and, if appropriate, cure any jurisdictional defects." (*See id.* at 1.) The Ninth Circuit issued its mandate on October 7, 2019. (Mandate (Dkt. # 75).)

ORDER - 1

In light of the Ninth Circuit's remand, the court ORDERS the parties to file a joint status report within 10 days of the entry of this order proposing a course of action that addresses the Ninth Circuit's remand, the material outside the record referred to by the Ninth Circuit, the potential jurisdictional defects raised by that outside-the-record material, and an accompanying timeline for the proposed course of action.

Dated this 8th day of November, 2019.

JAMES L. ROBART
United States District Judge