The Honorable James L. Robart

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>HTC AMERICA, INC.<br><br>                   Defendant. | Case No. 2:17-cv-01558-JLR<br>(Lead Case)<br><br>Case No. 2:17-cv-01629-JLR<br><br>**DEFENDANT HTC AMERICA, INC.'S SIXTH STATUS REPORT** |

Pursuant to the Court's Order Granting Defendant HTC America, Inc.'s Unopposed Motion to Stay Pending *Inter Partes* Review [Dkt. 63] and the Joint Stipulation Order to Stay [Dkt. 81], Defendant HTC America, Inc. ("HTC") submits this sixth status report regarding Patent Trial and Appeal Board matters involving U.S. Patent Nos. 7,653,508 ("the '508 patent"), 7,881,902 ("the '902 patent"), 8,712,723 ("the '723 patent"), and 6,622,018 ("the '018 patent") (collectively, the "asserted patents"). This status report is timely filed within 90 days of the date when the last status report was due, November 18, 2019.[1] *See* Dkt. 79 (filed November 18, 2019) (hereinafter "Fifth Status Report").

---

[1] HTC would be pleased to provide any of the documents cited herein at the Court's request.

HTC'S SIXTH STATUS REPORT
CASE NO. 2:17-CV-01558-JLR
CASE NO. 2:17-CV-01629-JLR

1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

At the time of the Fifth Status Report, the Patent Trial and Appeal Board (the "Board") had issued final written decisions in

IPR2018-00387, finding claims 1-4, 6-8, 11-16, and 19 of the '508 patent unpatentable;[2]

IPR2018-00389, finding claims 1-3, 5-7, 10-18 of the '723 patents unpatentable;[3] and

IPR2018-00424, finding claims 1-6 and 10 of the '902 patent unpatentable and claim 9 not unpatentable.[4]

In addition, the following matters were pending before the Board at that time:

1. For the '508 patent, Uniloc's appeal of IPR2018-00387 was pending before the Federal Circuit Court of Appeals. In addition, the Board's final written decision on IPR2018-01589 (claim 20) had not yet issued.

2. For the '723 patent, Uniloc's appeal of IPR2018-00389 was pending before the Federal Circuit Court of Appeals.

3. For the '902 patent, the deadlines for Uniloc to appeal the Board's decisions in IPR2018-00424 and IPR2018-01028 had not yet passed.

Since the date of the Fifth Status Report, the following events have occurred:

1. For the '508 patent, the Board found all challenged claims unpatentable in IPR2018-01589 on January 27, 2020.[5]

2. For the '902 patent, Apple appealed the Board's final written decision finding claim 9 of the '902 patent unpatentable in IPR2018-00424 on December 27, 2019. And Uniloc filed a cross-appeal on December 30, 2019.[6] And on January 3, 2020, Uniloc filed an appeal

---

[2] *See* IPR2018-00387, Paper 21 at 49 (PTAB June 17, 2019); *See* IPR2018-00389, Paper 20 at 45 (PTAB June 17, 2019); *see also* Dkt. 70 (HTC's Status Report on Significant Developments).
[3] *See* IPR2018-00387, Paper 21 at 49 (PTAB June 17, 2019); *See* IPR2018-00389, Paper 20 at 45 (PTAB June 17, 2019); *see also* Dkt. 70 (HTC's Status Report on Significant Developments).
[4] *See* IPR2018-00424, Paper 21 at 3 (PTAB July 16, 2019); *see also* Dkt. 71 (HTC's Status Report on Significant Developments).
[5] *See* IPR2018-01589, Paper 27 (PTAB Jan. 27, 2020).
[6] *See* IPR2018-00424, Paper 25 (PTAB Dec. 30, 2019); *see also* IPR2018-00424, Paper 24 (PTAB Dec. 27, 2019).

HTC'S SIXTH STATUS REPORT
CASE NO. 2:17-CV-01558-JLR
CASE NO. 2:17-CV-01629-JLR

2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

challenging the Board's final written decision that claim 8 of the '902 patent is unpatentable in IPR2018-01028.[7]

The current status of the IPR proceedings for each asserted patent is as follows:

- For the '508 patent, the Board's final written decision on IPR2018-01589 (claim 20), issued on January 27, 2020, finding all challenged claims unpatentable.[8] And Uniloc's appeal of IPR2018-00387 is pending before the Federal Circuit Court of Appeals.
- For the '723 patent, Uniloc's appeal of IPR2018-00389 is pending before the Federal Circuit Court of Appeals.
- For the '902 patent, Uniloc's request for rehearing of IPR2018-00424 was denied, and Uniloc's appeal of IPR2018-01028 is pending before the Federal Circuit of Appeals.
- For the '018 patent, Uniloc's request for rehearing is pending in both IPR2018-00394 and IPR2018-00395.[9]

The table below provides a summary of the pending IPR petitions on the asserted patents:

| Patent | Petitioner (Joined Pet.) | AIA Review # | Status |
|---|---|---|---|
| '508 | Apple (LG, HTC) | IPR2018-00387 | Final Written Decision found all challenged claims unpatentable; Uniloc appealed |
| '508 | HTC (Samsung) | IPR2018-01589 | Final Written Decision (on claim 20) found all challenged claims unpatentable |
| '508 | Samsung | IPR2019-00889 | Joined with IPR2018-01589 for claim 20 |
| '902 | Apple (HTC, LG, Samsung) | IPR2018-00424 | Final Written Decision found all challenged claims other than claim 9 unpatentable; request for rehearing denied; Apple appealed and Uniloc filed a cross-appeal |
| '902 | Apple | IPR2018-01028 | Final Written Decision found claim 8 unpatentable; Uniloc appealed |

---

[7] *See* IPR2018-01028, Paper 19 (PTAB Jan. 3, 2020); *see also* IPR2018-01028, Paper 18 (PTAB Nov. 5, 2019).
[8] *See* IPR2018-01589, Paper 27 (PTAB Jan. 27, 2020)
[9] *See* IPR2018-00394, Paper 21 (PTAB July 17, 2019); *see* IPR2018-00394, Paper 21 (PTAB July 18, 2019).

HTC'S SIXTH STATUS REPORT
CASE NO. 2:17-CV-01558-JLR
CASE NO. 2:17-CV-01629-JLR

3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

| Patent | Petitioner (Joined Pet.) | AIA Review # | Status |
|---|---|---|---|
| '723 | Apple (LG, HTC) | IPR2018-00389 | Final Written Decision found all challenged claims invalid; Uniloc appealed |
| '018 | Apple | IPR2018-00394 | Final Written Decision found all challenged claims invalid; Uniloc filed a request for rehearing |
| | Apple | IPR2018-00395 | Final Written Decision found all challenged claims invalid; Uniloc filed a request for rehearing |

HTC will provide a further status update to the Court every 90 days during the stay, as ordered. If the case is resolved or there is a significant development at any time, HTC will file a status report regarding that development within five days of its occurrence.

Dated: February 18, 2020

Respectfully submitted,

**WILLIAMS SIMONS & LANDIS PLLC**

*/s/ Fred I. Williams*
Fred I. Williams (*pro hac vice*)
fwilliams@wsltrial.com
Todd E. Landis (*pro hac vice*)
tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
512-543-1354 telephone

**YARMUTH LLP**
Molly A. Terwilliger, WSBA No. 28449
mterwilliger@yarmuth.com
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800 telephone
206.516.3888 facsimile

*Attorneys for Defendant HTC America, Inc.*

HTC'S SIXTH STATUS REPORT
CASE NO. 2:17-CV-01558-JLR
CASE NO. 2:17-CV-01629-JLR

4

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on February 18, 2020, with a copy of the foregoing document via electronic mail.

*/s/ Fred I. Williams*
Fred I. Williams

HTC'S SIXTH STATUS REPORT
CASE NO. 2:17-CV-01558-JLR
CASE NO. 2:17-CV-01629-JLR

5

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888